ALBERT GRANOWITZ, RESPONDENT, v. HAY FOUNDRY AND IRON WORKS, APPELLANT.

Argued May 23, 1932—Decided October 17, 1932.

For the respondent, *Samuel Greenstone.*

For the appellant, *Heine & Laird.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion filed in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, LLOYD, BODINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ.  11.

*For reversal*—None.